## IN THE UNITED STATES DISTRICT COURT FOR THE
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO.: 3:21-cv-204-DPM |
| Plaintiff, | |
| v. | |
| WHITE RIVER REGIONAL HOUSING AUTHORITY and DUANE JOHNSON, | |
| Defendants. | |

## **JOINT MOTION TO APPROVE AND ENTER CONSENT ORDER**

Plaintiff United States of America and Defendants White River Regional Housing Authority and Duane Johnson (hereinafter "Defendants") jointly file this motion to approve the Consent Order between the United States and Defendants (Attachment A) and sign and enter the Consent Order as an Order of the Court.

(SIGNATURE PAGES TO FOLLOW)

Dated:  September 30, 2021

Respectfully submitted,

FOR PLAINTIFF UNITED STATES OF AMERICA:

JONATHAN D. ROSS
Acting United States Attorney
Eastern District of Arkansas

KRISTEN CLARKE
Assistant Attorney General
Civil Rights Division

SAMEENA SHINA MAJEED
Chief

/s/ Shannon S. Smith
SHANNON S. SMITH
Arkansas Bar No. 94172
Civil Chief
United States Attorney's Office
425 West Capitol Avenue Suite 500
Little Rock, AR 72201
Telephone (501) 340-2600
Facsimile: (501) 340-2728
Email: ssmith4@usa.doj.gov

/s/ Julia Garrison
TIMOTHY MORAN
Deputy Chief
Ill. ARDC No. 6207397
ERIN MEEHAN RICHMOND
Massachusetts Bar No. 650975
JULIA GARRISON
DC Bar No. 1614977
Trial Attorneys
Housing and Civil Enforcement Section
Civil Rights Division
U.S. Department of Justice
4 Constitution Square
150 M Street, NE
Washington, DC  20530
Phone: (202) 353-5029
Fax: (202) 514-1116
julia.garrison@usdoj.gov

FOR DEFENDANTS:

WHITE RIVER REGIONAL
HOUSING AUTHORITY

Defendant

By: _____
BARRETT S. MOORE
Bar Number 2009118
BLAIR & STROUD
P. O. Box 2135
Batesville, AR 72503
870-793-8350
870-793-3989 (fax)
bsm@blastlaw.com

DUANE JOHNSON,

*Pro Se* Defendant

_____
DUANE JOHNSON, *Pro Se*

## CERTIFICATE OF SERVICE

I hereby certify that on September 30, 2021, I sent the foregoing Joint Motion to Approve and Enter Consent Order to the following individuals via First Class U.S. Mail:

Barrett S. Moore
Blaire & Stroud
500 East Main
Suite 201
Batesville, AR 72501

Duane Johnson
1803 8th St
Columbus, NE  68601

*/s/ Shannon S. Smith*
Shannon S. Smith
Civil Chief
U.S. Attorney's Office
