IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**UNITED STATES OF AMERICA**                                                        **PLAINTIFF**

v.                              **Case No. 3:21-cv-00204-KGB**

**WHITE RIVER REGIONAL
HOUSING AUTHORITY,** *et al.,*                                       **DEFENDANTS**

## ORDER

Before the Court is the status of the case. Based on the Consent Order, the Clerk is directed to administratively terminate this case. The Court retains jurisdiction pursuant to the terms in the Consent Order (Dkt. No. 7, ¶ 44). The parties are directed to file a motion with the Court at the end of the four-year period providing a status update and requesting dismissal with prejudice (*Id.*).

It is so ordered this 13th day of February, 2025.

Kristine G. Baker
Chief United States District Judge