**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

**UNITED STATES OF AMERICA**                                                                                       **PLAINTIFF**

v.                                         **Case No. 3:21-cv-00204-KGB**

**WHITE RIVER REGIONAL
HOUSING AUTHORITY,** *et al.*,                                                                                **DEFENDANTS**

## ORDER

Before the Court is the unopposed motion to dismiss with prejudice of plaintiff United States of America (Dkt. No. 11). The Court entered a Consent Order in this case on October 14, 2021 (Dkt. No. 7). In the Consent Order, the Court retained jurisdiction for a period of four years, after which time the parties agreed the "case will be dismissed with prejudice" (Dkt. No. 7, ¶ 44). On February 13, 2025, the Court entered an Order administratively terminating the case and ordering the parties to file a motion with the Court at the end of the four-year period requesting dismissal with prejudice (Dkt. No. 10). The United States of America files the instant motion requesting dismissal with prejudice (Dkt. No. 11). The United States of America advises that defendants have paid all monetary payments required by the Consent Order, and defendants are in substantial compliance with all other terms of the Consent Order (Dkt. No. 11, at 1). The United States of America states that defendants do not oppose the motion (*Id.*). For good cause shown, the Court grants the motion and dismisses the case with prejudice (*Id.*).

It is so ordered this 7th day of May, 2025.

*Kristine G. Baker*
_____
Kristine G. Baker
Chief United States District Judge